$738.10
#6461

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------

IN RE:  BK NO. 03-20391

BRIAN ARTHUR & SUSAN ANNE IZARD
    Debtor(s)
--------------------------------------------------------

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

   Citi Payment Processing
   14415 S 50th Street  Ste 100
   Phoenix, AZ  85044-6460

2. Your Trustee's check for $738.10, payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.


Dated: August 26, 2009
      Rochester, NY                /s/_____
                                             GEORGE M. REIBER, TRUSTEE



FILED AUG 3 1 2009 BANKRUPTCY COURT ROCHESTER, NY